# EXHIBIT 1

**Registration Number**

# VA 2-247-037

**Effective Date of Registration:**
March 04, 2021
**Registration Decision Date:**
April 12, 2021

## Title

| | |
|---|---|
| **Title of Work:** | STITCH CHARACTER ART TOOLKIT – NA ON SHELF JAN 2022 STYLE GUIDE GLOBAL |
| **Previous or Alternate Title:** | 466955 - VERSION 1 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | February 26, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| •     **Author:** | Disney Enterprises, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Disney Enterprises, Inc. |
| | 500 S. Buena Vista St., Burbank, CA, 91521, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based on and incorporates preexisting Disney Lilo & Stitch character artwork. |
| **New material included in claim:** | 2-D artwork |

## Certification

| | |
|---|---|
| **Name:** | Jeeah Yang |
| **Date:** | March 04, 2021 |
| **Applicant's Tracking Number:** | 281144 |

# Copyright

---

**Registration Number / Date:**

VA0001094896 / 2001-08-02

**Previous Registration:**

Appl. identifies character artwork as preexisting material.

**Type of Work:**

Visual Material

**Title:**

Lilo and Stitch.

**Date of Creation:**

2001

**Date of Publication:**

2001-07-30

**Copyright Claimant:**

Disney Enterprises, Inc.

**Basis of Claim:**

New Matter: new artwork.

**Description:**

1 v.

**Notes:**

Style guide.

**Names:**

Disney Enterprises, Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_19639449

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to [Privacy: Public Copyright Registration Records(Circular 18)](#).