# EXHIBIT 2

# United States of America
### United States Patent and Trademark Office

# DISNEY STITCH

**Reg. No. 7,204,797**

**Registered Oct. 31, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Disney Enterprises, Inc. (DELAWARE CORPORATION)
IP Department - Trademark Group
500 South Buena Vista Street
Burbank, CALIFORNIA 91521

CLASS 9: Headphones

FIRST USE 8-00-2014; IN COMMERCE 8-00-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-313,079, FILED 03-15-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2026-04-08 12:24:31 EDT

**Mark:** DISNEY STITCH

**DISNEY STITCH**

**US Serial Number:** 97313079

**Application Filing Date:** Mar. 15, 2022

**US Registration Number:** 7204797

**Registration Date:** Oct. 31, 2023

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Oct. 31, 2023

**Publication Date:** Aug. 15, 2023

# Mark Information

**Mark Literal Elements:** DISNEY STITCH

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Headphones

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Aug. 2014

**Use in Commerce:** Aug. 2014

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Disney Enterprises, Inc.

**Owner Address:** IP Department - Trademark Group
500 South Buena Vista Street

Burbank, CALIFORNIA UNITED STATES 91521

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Kaydi Osowski

**Attorney Primary Email Address:** trademarks@disney.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Kaydi Osowski
THE WALT DISNEY COMPANY
500 SOUTH BUENA VISTA STREET
IP DEPARTMENT - TRADEMARK GROUP
BURBANK, CALIFORNIA UNITED STATES 91521

**Phone:** 818-560-1000

**Correspondent e-mail:** trademarks@disney.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 31, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Oct. 31, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 04, 2023 | ASSIGNED TO EXAMINER | |
| Aug. 15, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 15, 2023 | PUBLISHED FOR OPPOSITION | |
| Jul. 26, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 12, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 30, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 30, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 30, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 27, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| May 26, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 26, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 08, 2023 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Feb. 08, 2023 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Dec. 09, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 09, 2022 | NON-FINAL ACTION E-MAILED | |
| Dec. 09, 2022 | NON-FINAL ACTION WRITTEN | |
| Nov. 29, 2022 | ASSIGNED TO EXAMINER | |
| Mar. 21, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 18, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Oct. 31, 2023

# Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91300190 | **Filing Date:** | Jul 08, 2025 |
| **Status:** | Terminated | **Status Date:** | Oct 15, 2025 |
| **Interlocutory Attorney:** | REBECCA J STEMPIEN_COYLE | | |

### Defendant

| | |
|---|---|
| **Name:** | Chen Qin |
| **Correspondent Address:** | YANG WENYAO<br>1360 VALLEY VISTA DR STE 140<br>DIAMOND BAR CA UNITED STATES , 91765 |
| **Correspondent e-mail:** | yangwenyao@concordsage.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| STITCHTOYS | | 98570736 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Disney Enterprises, Inc. |
| **Correspondent Address:** | CLINT ANDREW TAYLOR<br>KELLY IP, LLP<br>1300 19TH STREET NW, SUITE 420<br>WASHINGTON DC UNITED STATES , 20036 |
| **Correspondent e-mail:** | clint.taylor@kelly-ip.com , linda.mcleod@kelly-ip.com , larry.white@kelly-ip.com , lit-docketing@kelly-ip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| LILO AND STITCH | | 76232648 | 2802901 |
| DISNEY STITCH | | 97313084 | 7035460 |
| DISNEY STITCH | | 97313081 | 7035458 |
| DISNEY STITCH | | 97313075 | 7204796 |
| DISNEY STITCH | | 97313088 | 7035461 |
| LILO & STITCH | | 75684814 | 2845107 |
| LILO & STITCH | | 76232450 | 2811097 |
| LILO & STITCH | | 76232751 | 2821509 |
| DISNEY STITCH | | 97313098 | 7035462 |
| DISNEY STITCH | | 97313079 | 7204797 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 15, 2025 | |
| 5 | BD DECISION: OPP SUSTAINED | Oct 15, 2025 | |
| 4 | NOTICE OF DEFAULT | Aug 29, 2025 | |
| 3 | INSTITUTED | Jul 09, 2025 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 09, 2025 | Aug 18, 2025 |
| 1 | FILED AND FEE | Jul 08, 2025 | |

# United States of America
### United States Patent and Trademark Office

# DISNEY STITCH

**Reg. No. 7,204,796**

**Registered Oct. 31, 2023**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Disney Enterprises, Inc.  (DELAWARE CORPORATION)
IP Department - Trademark Group
500 South Buena Vista Street
Burbank, CALIFORNIA 91521

CLASS 3: Cosmetics

FIRST USE 6-00-2014; IN COMMERCE 6-00-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-313,075, FILED 03-15-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2026-04-08 12:25:28 EDT

**Mark:** DISNEY STITCH

# DISNEY STITCH

**US Serial Number:** 97313075

**Application Filing Date:** Mar. 15, 2022

**US Registration Number:** 7204796

**Registration Date:** Oct. 31, 2023

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Oct. 31, 2023

**Publication Date:** Aug. 15, 2023

# Mark Information

**Mark Literal Elements:** DISNEY STITCH

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Cosmetics

**International Class(es):** 003 - Primary Class

**U.S Class(es):** 001, 004, 006, 050, 051, 052

**Class Status:** ACTIVE

**First Use:** Jun. 2014

**Use in Commerce:** Jun. 2014

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Disney Enterprises, Inc.

**Owner Address:** IP Department - Trademark Group
500 South Buena Vista Street

Burbank, CALIFORNIA UNITED STATES 91521

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Kaydi Osowski

**Attorney Primary Email Address:** trademarks@disney.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Kaydi Osowski
THE WALT DISNEY COMPANY
500 SOUTH BUENA VISTA STREET
IP DEPARTMENT - TRADEMARK GROUP
BURBANK, CALIFORNIA UNITED STATES 91521

**Phone:** 818-560-1000

**Correspondent e-mail:** trademarks@disney.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 31, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Oct. 31, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 04, 2023 | ASSIGNED TO EXAMINER | |
| Aug. 15, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 15, 2023 | PUBLISHED FOR OPPOSITION | |
| Jul. 26, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 12, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 30, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 30, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 30, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 27, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| May 26, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 26, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 08, 2023 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Feb. 08, 2023 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Dec. 05, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 05, 2022 | NON-FINAL ACTION E-MAILED | |
| Dec. 05, 2022 | NON-FINAL ACTION WRITTEN | |
| Nov. 29, 2022 | ASSIGNED TO EXAMINER | |
| Mar. 21, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 18, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Oct. 31, 2023

# Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91300190 | **Filing Date:** | Jul 08, 2025 |
| **Status:** | Terminated | **Status Date:** | Oct 15, 2025 |
| **Interlocutory Attorney:** | REBECCA J STEMPIEN_COYLE | | |

### Defendant

| | |
|---|---|
| **Name:** | Chen Qin |
| **Correspondent Address:** | YANG WENYAO<br>1360 VALLEY VISTA DR STE 140<br>DIAMOND BAR CA UNITED STATES , 91765 |
| **Correspondent e-mail:** | yangwenyao@concordsage.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| STITCHTOYS | | 98570736 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Disney Enterprises, Inc. |
| **Correspondent Address:** | CLINT ANDREW TAYLOR<br>KELLY IP, LLP<br>1300 19TH STREET NW, SUITE 420<br>WASHINGTON DC UNITED STATES , 20036 |
| **Correspondent e-mail:** | clint.taylor@kelly-ip.com , linda.mcleod@kelly-ip.com , larry.white@kelly-ip.com , lit-docketing@kelly-ip.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| LILO AND STITCH | | 76232648 | 2802901 |
| DISNEY STITCH | | 97313084 | 7035460 |
| DISNEY STITCH | | 97313081 | 7035458 |
| DISNEY STITCH | | 97313075 | 7204796 |
| DISNEY STITCH | | 97313088 | 7035461 |
| LILO & STITCH | | 75684814 | 2845107 |
| LILO & STITCH | | 76232450 | 2811097 |
| LILO & STITCH | | 76232751 | 2821509 |
| DISNEY STITCH | | 97313098 | 7035462 |
| DISNEY STITCH | | 97313079 | 7204797 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 15, 2025 | |
| 5 | BD DECISION: OPP SUSTAINED | Oct 15, 2025 | |
| 4 | NOTICE OF DEFAULT | Aug 29, 2025 | |
| 3 | INSTITUTED | Jul 09, 2025 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 09, 2025 | Aug 18, 2025 |
| 1 | FILED AND FEE | Jul 08, 2025 | |

# United States of America

### United States Patent and Trademark Office

# DISNEY STITCH

**Reg. No. 7,035,462**

**Registered Apr. 25, 2023**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

Disney Enterprises, Inc. (DELAWARE CORPORATION)
500 South Buena Vista Street
Burbank, CALIFORNIA 91521

CLASS 24: Quilts, throws

FIRST USE 6-00-2002; IN COMMERCE 6-00-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-313,098, FILED 03-15-2022

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2026-04-08 12:26:31 EDT

**Mark:** DISNEY STITCH

<div align="right">

**DISNEY STITCH**

</div>

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97313098 | **Application Filing Date:** | Mar. 15, 2022 |
| **US Registration Number:** | 7035462 | **Registration Date:** | Apr. 25, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Apr. 25, 2023

**Publication Date:** Feb. 07, 2023

## Mark Information

**Mark Literal Elements:** DISNEY STITCH

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Quilts, throws

| | | | |
|---|---|---|---|
| **International Class(es):** | 024 - Primary Class | **U.S Class(es):** | 042, 050 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jun. 2002 | **Use in Commerce:** | Jun. 2002 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Disney Enterprises, Inc.

**Owner Address:** 500 South Buena Vista Street
Burbank, CALIFORNIA UNITED STATES 91521

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Kaydi Osowski |

| | | | |
|---|---|---|---|
| **Attorney Primary Email Address:** | trademarks@disney.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | KAYDI OSOWSKI<br>THE WALT DISNEY COMPANY<br>500 SOUTH BUENA VISTA STREET<br>IP DEPARTMENT - TRADEMARK GROUP<br>BURBANK, CALIFORNIA UNITED STATES 91521 |

| | | | |
|---|---|---|---|
| **Phone:** | 818-560-1000 | **Fax:** | 818-848-6424 |
| **Correspondent e-mail:** | trademarks@disney.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 25, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Apr. 25, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 07, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 07, 2023 | PUBLISHED FOR OPPOSITION | |
| Jan. 18, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 03, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 27, 2022 | ASSIGNED TO EXAMINER | |
| Mar. 21, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 18, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Apr. 25, 2023 |

## Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 1 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91300190 | **Filing Date:** | Jul 08, 2025 |
| **Status:** | Terminated | **Status Date:** | Oct 15, 2025 |
| **Interlocutory Attorney:** | REBECCA J STEMPIEN_COYLE | | |

**Defendant**

| | |
|---|---|
| **Name:** | Chen Qin |
| **Correspondent Address:** | YANG WENYAO<br>1360 VALLEY VISTA DR STE 140<br>DIAMOND BAR CA UNITED STATES , 91765 |
| **Correspondent e-mail:** | yangwenyao@concordsage.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| STITCHTOYS | | 98570736 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Disney Enterprises, Inc. |
| **Correspondent Address:** | CLINT ANDREW TAYLOR<br>KELLY IP, LLP<br>1300 19TH STREET NW, SUITE 420<br>WASHINGTON DC UNITED STATES , 20036 |
| **Correspondent e-mail:** | clint.taylor@kelly-ip.com , linda.mcleod@kelly-ip.com , larry.white@kelly-ip.com , lit-docketing@kelly-ip.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| LILO AND STITCH | | 76232648 | 2802901 |
| DISNEY STITCH | | 97313084 | 7035460 |
| DISNEY STITCH | | 97313081 | 7035458 |
| DISNEY STITCH | | 97313075 | 7204796 |
| DISNEY STITCH | | 97313088 | 7035461 |
| LILO & STITCH | | 75684814 | 2845107 |
| LILO & STITCH | | 76232450 | 2811097 |
| LILO & STITCH | | 76232751 | 2821509 |
| DISNEY STITCH | | 97313098 | 7035462 |
| DISNEY STITCH | | 97313079 | 7204797 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 15, 2025 | |
| 5 | BD DECISION: OPP SUSTAINED | Oct 15, 2025 | |
| 4 | NOTICE OF DEFAULT | Aug 29, 2025 | |
| 3 | INSTITUTED | Jul 09, 2025 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 09, 2025 | Aug 18, 2025 |
| 1 | FILED AND FEE | Jul 08, 2025 | |

# United States of America
## United States Patent and Trademark Office

# DISNEY STITCH

**Reg. No. 7,035,461**

**Registered Apr. 25, 2023**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Disney Enterprises, Inc.  (DELAWARE CORPORATION)
500 South Buena Vista Street
Burbank, CALIFORNIA 91521

CLASS 28: Action figures; collectable toy figures; plush toys; toy figures

FIRST USE 8-00-2001; IN COMMERCE 8-00-2001

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-313,088, FILED 03-15-2022

_Katherine Kelly Vidal_

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2026-04-08 12:27:22 EDT

**Mark:** DISNEY STITCH

<div align="right">

# DISNEY STITCH

</div>

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97313088 | **Application Filing Date:** | Mar. 15, 2022 |
| **US Registration Number:** | 7035461 | **Registration Date:** | Apr. 25, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Apr. 25, 2023

**Publication Date:** Feb. 07, 2023

# Mark Information

**Mark Literal Elements:** DISNEY STITCH

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Action figures; collectable toy figures; plush toys; toy figures

| | | | |
|---|---|---|---|
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Aug. 2001 | **Use in Commerce:** | Aug. 2001 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Disney Enterprises, Inc.

**Owner Address:** 500 South Buena Vista Street
Burbank, CALIFORNIA UNITED STATES 91521

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

| | |
|---|---|
| **Attorney of Record** | |

| | |
|---|---|
| **Attorney Name:** | Kaydi Osowski |
| **Attorney Primary Email Address:** | trademarks@disney.com |

| | |
|---|---|
| **Attorney Email Authorized:** | Yes |

| | |
|---|---|
| **Correspondent** | |

**Correspondent Name/Address:** KAYDI OSOWSKI
THE WALT DISNEY COMPANY
500 SOUTH BUENA VISTA STREET
IP DEPARTMENT - TRADEMARK GROUP
BURBANK, CALIFORNIA UNITED STATES 91521

| | | | |
|---|---|---|---|
| **Phone:** | 818-560-1000 | **Fax:** | 818-848-6424 |
| **Correspondent e-mail:** | trademarks@disney.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 25, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Apr. 25, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 07, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 07, 2023 | PUBLISHED FOR OPPOSITION | |
| Jan. 18, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 03, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 27, 2022 | ASSIGNED TO EXAMINER | |
| Mar. 21, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 18, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Apr. 25, 2023 |

## Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 1 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91300190 | **Filing Date:** | Jul 08, 2025 |
| **Status:** | Terminated | **Status Date:** | Oct 15, 2025 |
| **Interlocutory Attorney:** | REBECCA J STEMPIEN_COYLE | | |

**Defendant**

| | |
|---|---|
| **Name:** | Chen Qin |

**Correspondent Address:** YANG WENYAO
1360 VALLEY VISTA DR STE 140
DIAMOND BAR CA UNITED STATES , 91765

**Correspondent e-mail:** yangwenyao@concordsage.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| STITCHTOYS | | 98570736 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Disney Enterprises, Inc. |
| **Correspondent Address:** | CLINT ANDREW TAYLOR<br>KELLY IP, LLP<br>1300 19TH STREET NW, SUITE 420<br>WASHINGTON DC UNITED STATES , 20036 |
| **Correspondent e-mail:** | clint.taylor@kelly-ip.com , linda.mcleod@kelly-ip.com , larry.white@kelly-ip.com , lit-docketing@kelly-ip.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| LILO AND STITCH | | 76232648 | 2802901 |
| DISNEY STITCH | | 97313084 | 7035460 |
| DISNEY STITCH | | 97313081 | 7035458 |
| DISNEY STITCH | | 97313075 | 7204796 |
| DISNEY STITCH | | 97313088 | 7035461 |
| LILO & STITCH | | 75684814 | 2845107 |
| LILO & STITCH | | 76232450 | 2811097 |
| LILO & STITCH | | 76232751 | 2821509 |
| DISNEY STITCH | | 97313098 | 7035462 |
| DISNEY STITCH | | 97313079 | 7204797 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 15, 2025 | |
| 5 | BD DECISION: OPP SUSTAINED | Oct 15, 2025 | |
| 4 | NOTICE OF DEFAULT | Aug 29, 2025 | |
| 3 | INSTITUTED | Jul 09, 2025 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 09, 2025 | Aug 18, 2025 |
| 1 | FILED AND FEE | Jul 08, 2025 | |

# United States of America
### United States Patent and Trademark Office

# DISNEY STITCH

**Reg. No. 7,035,460**

**Registered Apr. 25, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Disney Enterprises, Inc. (DELAWARE CORPORATION)
500 South Buena Vista Street
Burbank, CALIFORNIA 91521

CLASS 25: Sleepwear, socks, sweatshirts, t-shirts, tops as clothing, bottoms as clothing; headwear; footwear

FIRST USE 6-00-2002; IN COMMERCE 6-00-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-313,084, FILED 03-15-2022

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2026-04-08 12:28:39 EDT

**Mark:** DISNEY STITCH

<div align="right">

### DISNEY STITCH

</div>

**US Serial Number:** 97313084

**Application Filing Date:** Mar. 15, 2022

**US Registration Number:** 7035460

**Registration Date:** Apr. 25, 2023

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Apr. 25, 2023

**Publication Date:** Feb. 07, 2023

# Mark Information

**Mark Literal Elements:** DISNEY STITCH

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Sleepwear, socks, sweatshirts, t-shirts, tops as clothing, bottoms as clothing; headwear; footwear

**International Class(es):** 025 - Primary Class

**U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**First Use:** Jun. 2002

**Use in Commerce:** Jun. 2002

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Disney Enterprises, Inc.

**Owner Address:** 500 South Buena Vista Street
Burbank, CALIFORNIA UNITED STATES 91521

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

# Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Kaydi Osowski |

| | | | |
|---|---|---|---|
| **Attorney Primary Email Address:** | trademarks@disney.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | KAYDI OSOWSKI<br>THE WALT DISNEY COMPANY<br>500 SOUTH BUENA VISTA STREET<br>IP DEPARTMENT - TRADEMARK GROUP<br>BURBANK, CALIFORNIA UNITED STATES 91521 |

| | | | |
|---|---|---|---|
| **Phone:** | 818-560-1000 | **Fax:** | 818-848-6424 |
| **Correspondent e-mail:** | trademarks@disney.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 25, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Apr. 25, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 07, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 07, 2023 | PUBLISHED FOR OPPOSITION | |
| Jan. 18, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 05, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 05, 2023 | EXAMINER'S AMENDMENT ENTERED | |
| Jan. 05, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jan. 05, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Jan. 05, 2023 | EXAMINERS AMENDMENT -WRITTEN | |
| Jan. 03, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jan. 03, 2023 | NON-FINAL ACTION E-MAILED | |
| Jan. 03, 2023 | NON-FINAL ACTION WRITTEN | |
| Dec. 27, 2022 | ASSIGNED TO EXAMINER | |
| Mar. 21, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 18, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Apr. 25, 2023 |

# Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 1 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91300190 | **Filing Date:** | Jul 08, 2025 |
| **Status:** | Terminated | **Status Date:** | Oct 15, 2025 |
| **Interlocutory Attorney:** | REBECCA J STEMPIEN_COYLE | | |

**Defendant**

| | |
|---|---|
| **Name:** | Chen Qin |
| **Correspondent Address:** | YANG WENYAO<br>1360 VALLEY VISTA DR STE 140<br>DIAMOND BAR CA UNITED STATES , 91765 |
| **Correspondent e-mail:** | yangwenyao@concordsage.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| STITCHTOYS | | 98570736 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Disney Enterprises, Inc. |
| **Correspondent Address:** | CLINT ANDREW TAYLOR<br>KELLY IP, LLP<br>1300 19TH STREET NW, SUITE 420<br>WASHINGTON DC UNITED STATES , 20036 |
| **Correspondent e-mail:** | clint.taylor@kelly-ip.com , linda.mcleod@kelly-ip.com , larry.white@kelly-ip.com , lit-docketing@kelly-ip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| LILO AND STITCH | | 76232648 | 2802901 |
| DISNEY STITCH | | 97313084 | 7035460 |
| DISNEY STITCH | | 97313081 | 7035458 |
| DISNEY STITCH | | 97313075 | 7204796 |
| DISNEY STITCH | | 97313088 | 7035461 |
| LILO & STITCH | | 75684814 | 2845107 |
| LILO & STITCH | | 76232450 | 2811097 |
| LILO & STITCH | | 76232751 | 2821509 |
| DISNEY STITCH | | 97313098 | 7035462 |
| DISNEY STITCH | | 97313079 | 7204797 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 15, 2025 | |
| 5 | BD DECISION: OPP SUSTAINED | Oct 15, 2025 | |
| 4 | NOTICE OF DEFAULT | Aug 29, 2025 | |
| 3 | INSTITUTED | Jul 09, 2025 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 09, 2025 | Aug 18, 2025 |
| 1 | FILED AND FEE | Jul 08, 2025 | |

# United States of America
## United States Patent and Trademark Office

# DISNEY STITCH

**Reg. No. 7,035,458**

**Registered Apr. 25, 2023**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Disney Enterprises, Inc. (DELAWARE CORPORATION)
500 South Buena Vista Street
Burbank, CALIFORNIA 91521

CLASS 16: Bookmarks; printed calendars; printed children's activity books; decals; stickers

FIRST USE 6-00-2002; IN COMMERCE 6-00-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-313,081, FILED 03-15-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2026-04-08 12:29:26 EDT

**Mark:** DISNEY STITCH

## DISNEY STITCH

**US Serial Number:** 97313081

**Application Filing Date:** Mar. 15, 2022

**US Registration Number:** 7035458

**Registration Date:** Apr. 25, 2023

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Apr. 25, 2023

**Publication Date:** Feb. 07, 2023

# Mark Information

**Mark Literal Elements:** DISNEY STITCH

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Bookmarks; printed calendars; printed children's activity books; decals; stickers

**International Class(es):** 016 - Primary Class

**U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

**First Use:** Jun. 2002

**Use in Commerce:** Jun. 2002

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Disney Enterprises, Inc.

**Owner Address:** 500 South Buena Vista Street
Burbank, CALIFORNIA UNITED STATES 91521

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

# Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Kaydi Osowski |

| | | | |
|---|---|---|---|
| **Attorney Primary Email Address:** | trademarks@disney.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | KAYDI OSOWSKI<br>THE WALT DISNEY COMPANY<br>500 SOUTH BUENA VISTA STREET<br>IP DEPARTMENT - TRADEMARK GROUP<br>BURBANK, CALIFORNIA UNITED STATES 91521 |

| | | | |
|---|---|---|---|
| **Phone:** | 818-560-1000 | **Fax:** | 818-848-6424 |
| **Correspondent e-mail:** | trademarks@disney.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 25, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Apr. 25, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 07, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 07, 2023 | PUBLISHED FOR OPPOSITION | |
| Jan. 18, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 03, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 27, 2022 | ASSIGNED TO EXAMINER | |
| Mar. 21, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 18, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information - None
### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Apr. 25, 2023 |

# Proceedings

### Summary

| | |
|---|---|
| **Number of Proceedings:** | 1 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91300190 | **Filing Date:** | Jul 08, 2025 |
| **Status:** | Terminated | **Status Date:** | Oct 15, 2025 |
| **Interlocutory Attorney:** | REBECCA J STEMPIEN_COYLE | | |

### Defendant

| | |
|---|---|
| **Name:** | Chen Qin |
| **Correspondent Address:** | YANG WENYAO<br>1360 VALLEY VISTA DR STE 140<br>DIAMOND BAR CA UNITED STATES , 91765 |
| **Correspondent e-mail:** | yangwenyao@concordsage.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| STITCHTOYS | | 98570736 | |

| **Plaintiff(s)** | | | |
|------|-------------------|---------------|---------------------|

**Name:** Disney Enterprises, Inc.

**Correspondent Address:** CLINT ANDREW TAYLOR
KELLY IP, LLP
1300 19TH STREET NW, SUITE 420
WASHINGTON DC UNITED STATES , 20036

**Correspondent e-mail:** clint.taylor@kelly-ip.com , linda.mcleod@kelly-ip.com , larry.white@kelly-ip.com , lit-docketing@kelly-ip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| LILO AND STITCH | | 76232648 | 2802901 |
| DISNEY STITCH | | 97313084 | 7035460 |
| DISNEY STITCH | | 97313081 | 7035458 |
| DISNEY STITCH | | 97313075 | 7204796 |
| DISNEY STITCH | | 97313088 | 7035461 |
| LILO & STITCH | | 75684814 | 2845107 |
| LILO & STITCH | | 76232450 | 2811097 |
| LILO & STITCH | | 76232751 | 2821509 |
| DISNEY STITCH | | 97313098 | 7035462 |
| DISNEY STITCH | | 97313079 | 7204797 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|-------------|--------------|------|----------|
| 6 | TERMINATED | Oct 15, 2025 | |
| 5 | BD DECISION: OPP SUSTAINED | Oct 15, 2025 | |
| 4 | NOTICE OF DEFAULT | Aug 29, 2025 | |
| 3 | INSTITUTED | Jul 09, 2025 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 09, 2025 | Aug 18, 2025 |
| 1 | FILED AND FEE | Jul 08, 2025 | |

Int. Cls.: 9 and 41

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, and 107

**Reg. No. 2,845,107**

## United States Patent and Trademark Office

Registered May 25, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# LILO & STITCH

DISNEY ENTERPRISES, INC. (DELAWARE COR-
PORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

FOR: PRE-RECORDED AUDIO CASSETTES AND
COMPACT DISCS FEATURING MUSIC, GAMES
AND STORIES FOR CHILDREN; COMPUTER
SOFTWARE FEATURING MUSIC, GAMES, STOR-
IES AND EDUCATIONAL MATERIAL FOR CHIL-
DREN; MOTION PICTURE FILMS, DVD'S AND
PRE-RECORDED VIDEO CASSETTES FEATURING
ANIMATED FOR CHILDREN AND ADULTS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-21-2002; IN COMMERCE 6-21-2002.

FOR: ENTERTAINMENT SERVICES, NAMELY,
PRODUCTION OF ANIMATED TELEVISION PRO-
GRAMS AND PRODUCTION OF ANIMATED MO-
TION PICTURE FILMS, IN CLASS 41 (U.S. CLS. 100,
101 AND 107).

FIRST USE 6-21-2002; IN COMMERCE 6-21-2002.

SN 75-684,814, FILED 4-19-1999.

CHRISIE B. KING, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2026-04-08 12:30:39 EDT

**Mark:** LILO & STITCH

<div align="right">LILO & STITCH</div>

**US Serial Number:** 75684814

**Application Filing Date:** Apr. 19, 1999

**US Registration Number:** 2845107

**Registration Date:** May 25, 2004

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jun. 26, 2024

**Publication Date:** Aug. 15, 2000 **Notice of Allowance Date:** Nov. 07, 2000

# Mark Information

**Mark Literal Elements:** LILO & STITCH

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Pre-recorded [ audio cassettes and ] compact discs featuring music [ games and stories ] for children; [computer software featuring music, games, stories and educational material for children;] [ motion picture films, ] DVD's [ and pre-recorded video cassettes ] featuring animated * entertainment * for children and adults

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Jun. 21, 2002

**Use in Commerce:** Jun. 21, 2002

**For:** [Entertainment services, namely, production of animated television programs ][ and production of animated motion picture films ]

**International Class(es):** 041 - Primary Class

**U.S Class(es):** 100, 101, 107

**Class Status:** SECTION 8 - CANCELLED

**First Use:** Jun. 21, 2002

**Use in Commerce:** Jun. 21, 2002

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** Yes

**Filed ITU:** Yes

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Disney Enterprises, Inc.

**Owner Address:** 500 South Buena Vista Street
IP Department - Trademark Group
Burbank, CALIFORNIA UNITED STATES 91521-0001

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Steven Plotkin

**Docket Number:** 10728-US

**Attorney Primary Email Address:** trademarks@disney.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Steven Plotkin
The Walt Disney Company
500 South Buena Vista Street
IP Department - Trademark Group
Burbank, CALIFORNIA United States 91521-0001

**Phone:** 818-560-1000

**Fax:** 818-848-6424

**Correspondent e-mail:** trademarks@disney.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 26, 2024 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 26, 2024 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Jun. 26, 2024 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jun. 26, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Mar. 27, 2024 | TEAS SECTION 8 & 9 RECEIVED | |
| May 25, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| May 10, 2016 | NOTICE OF SUIT | |
| May 10, 2016 | NOTICE OF SUIT | |
| Nov. 17, 2014 | NOTICE OF SUIT | |
| Oct. 03, 2014 | NOTICE OF SUIT | |
| Aug. 12, 2014 | NOTICE OF SUIT | |
| May 06, 2014 | NOTICE OF SUIT | |
| May 05, 2014 | NOTICE OF SUIT | |
| May 05, 2014 | NOTICE OF SUIT | |
| May 05, 2014 | NOTICE OF SUIT | |
| Oct. 08, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Oct. 08, 2013 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Oct. 08, 2013 | REGISTERED - SEC. 9 GRANTED/CHECK RECORD FOR SEC. 8 | |
| Oct. 08, 2013 | REGISTERED - PARTIAL SEC. 8 (10-YR) ACCEPTED | |
| Oct. 04, 2013 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Oct. 07, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Oct. 04, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Aug. 09, 2013 | NOTICE OF SUIT | |
| Jul. 25, 2013 | NOTICE OF SUIT | |
| Jan. 22, 2013 | NOTICE OF SUIT | |
| May 12, 2010 | REGISTERED - SEC. 7 REQUEST ABANDONED | |
| Apr. 08, 2010 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Mar. 30, 2010 | TEAS SECTION 7 REQUEST RECEIVED | |

| Jun. 17, 2009 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Jun. 03, 2009 | ASSIGNED TO PARALEGAL |
| May 29, 2009 | TEAS SECTION 8 & 15 RECEIVED |
| Nov. 01, 2004 | CORRECTION UNDER SECTION 7 - PROCESSED |
| Aug. 26, 2004 | SEC 7 REQUEST FILED |
| Aug. 26, 2004 | PAPER RECEIVED |
| May 25, 2004 | REGISTERED-PRINCIPAL REGISTER |
| Mar. 14, 2004 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED |
| Mar. 11, 2004 | ASSIGNED TO EXAMINER |
| Mar. 02, 2004 | CASE FILE IN TICRS |
| Feb. 25, 2004 | STATEMENT OF USE PROCESSING COMPLETE |
| Oct. 27, 2003 | USE AMENDMENT FILED |
| Oct. 27, 2003 | PAPER RECEIVED |
| Jun. 09, 2003 | SOU EXTENSION 5 GRANTED |
| May 05, 2003 | SOU EXTENSION 5 FILED |
| May 05, 2003 | PAPER RECEIVED |
| Jan. 06, 2003 | SOU EXTENSION 4 GRANTED |
| Oct. 28, 2002 | SOU EXTENSION 4 FILED |
| Oct. 28, 2002 | PAPER RECEIVED |
| May 24, 2002 | PAPER RECEIVED |
| May 21, 2002 | SOU EXTENSION 3 GRANTED |
| May 03, 2002 | SOU EXTENSION 3 FILED |
| May 03, 2002 | PAPER RECEIVED |
| Nov. 06, 2001 | SOU EXTENSION 2 GRANTED |
| Oct. 26, 2001 | SOU EXTENSION 2 FILED |
| Apr. 24, 2001 | SOU EXTENSION 1 GRANTED |
| Mar. 21, 2001 | SOU EXTENSION 1 FILED |
| Nov. 07, 2000 | NOA MAILED - SOU REQUIRED FROM APPLICANT |
| Aug. 15, 2000 | PUBLISHED FOR OPPOSITION |
| Jul. 14, 2000 | NOTICE OF PUBLICATION |
| May 15, 2000 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 12, 2000 | EXAMINER'S AMENDMENT MAILED |
| Mar. 30, 2000 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Oct. 13, 1999 | NON-FINAL ACTION MAILED |
| Sep. 27, 1999 | ASSIGNED TO EXAMINER |
| Sep. 24, 1999 | ASSIGNED TO EXAMINER |

# TM Staff and Location Information

| TM Staff Information - None |
|---|
| **File Location** |

| **Current Location:** PUBLICATION AND ISSUE SECTION | **Date in Location:** Jun. 26, 2024 |

# Proceedings

### Summary

| **Number of Proceedings:** | 1 |

### Type of Proceeding: Opposition

| **Proceeding Number:** | 91300190 | **Filing Date:** | Jul 08, 2025 |
| **Status:** | Terminated | **Status Date:** | Oct 15, 2025 |
| **Interlocutory Attorney:** | REBECCA J STEMPIEN_COYLE | | |

| **Defendant** |
|---|
| **Name:** Chen Qin |

| | | |
|---|---|---|
| **Correspondent Address:** | YANG WENYAO<br>1360 VALLEY VISTA DR STE 140<br>DIAMOND BAR CA UNITED STATES , 91765 | |
| **Correspondent e-mail:** | yangwenyao@concordsage.com | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| STITCHTOYS | | 98570736 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Disney Enterprises, Inc. |
| **Correspondent Address:** | CLINT ANDREW TAYLOR<br>KELLY IP, LLP<br>1300 19TH STREET NW, SUITE 420<br>WASHINGTON DC UNITED STATES , 20036 |
| **Correspondent e-mail:** | clint.taylor@kelly-ip.com , linda.mcleod@kelly-ip.com , larry.white@kelly-ip.com , lit-docketing@kelly-ip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| LILO AND STITCH | | 76232648 | 2802901 |
| DISNEY STITCH | | 97313084 | 7035460 |
| DISNEY STITCH | | 97313081 | 7035458 |
| DISNEY STITCH | | 97313075 | 7204796 |
| DISNEY STITCH | | 97313088 | 7035461 |
| LILO & STITCH | | 75684814 | 2845107 |
| LILO & STITCH | | 76232450 | 2811097 |
| LILO & STITCH | | 76232751 | 2821509 |
| DISNEY STITCH | | 97313098 | 7035462 |
| DISNEY STITCH | | 97313079 | 7204797 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 15, 2025 | |
| 5 | BD DECISION: OPP SUSTAINED | Oct 15, 2025 | |
| 4 | NOTICE OF DEFAULT | Aug 29, 2025 | |
| 3 | INSTITUTED | Jul 09, 2025 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 09, 2025 | Aug 18, 2025 |
| 1 | FILED AND FEE | Jul 08, 2025 | |

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,821,509**

## United States Patent and Trademark Office

Registered Mar. 9, 2004

### TRADEMARK
#### PRINCIPAL REGISTER

## LILO & STITCH

DISNEY ENTERPRISES, INC. (DELAWARE COR-
PORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

FOR: BATHING SUITS; DRESSES; SHIRTS; T-
SHIRTS; AND UNDERWEAR, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 6-21-2002; IN COMMERCE 6-21-2002.

SN 76-232,751, FILED 3-29-2001.

DOUGLAS LEE, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2026-04-08 12:31:27 EDT

**Mark:** LILO & STITCH

LILO AND STITCH

| | | | |
|---|---|---|---|
| **US Serial Number:** | 76232751 | **Application Filing Date:** | Mar. 29, 2001 |
| **US Registration Number:** | 2821509 | **Registration Date:** | Mar. 09, 2004 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Mar. 29, 2024

**Publication Date:** May 28, 2002 **Notice of Allowance Date:** Aug. 20, 2002

# Mark Information

**Mark Literal Elements:** LILO & STITCH

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** [Bathing suits; dresses;] shirts; t-shirts[; and underwear]

| | | | |
|---|---|---|---|
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jun. 21, 2002 | **Use in Commerce:** | Jun. 21, 2002 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Disney Enterprises, Inc.

**Owner Address:** 500 South Buena Vista Street
IP Department - Trademark Group
Burbank, CALIFORNIA UNITED STATES 91521

| | | |
|---|---|---|
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

| Attorney of Record | |
|---|---|
| **Attorney Name:** Kaydi Osowski | **Docket Number:** 13917-US |
| **Attorney Primary Email Address:** trademarks@disney.com | **Attorney Email Authorized:** Yes |

| Correspondent |
|---|
| **Correspondent Name/Address:** Kaydi Osowski<br>The Walt Disney Company<br>500 South Buena Vista Street<br>IP Department - Trademark Group<br>Burbank, CALIFORNIA UNITED STATES 91521 |

| | | | |
|---|---|---|---|
| **Phone:** 818-560-1000 | | **Fax:** | 818-848-6424 |
| **Correspondent e-mail:** trademarks@disney.com | | **Correspondent e-mail Authorized:** | Yes |

| Domestic Representative - Not Found |
|---|

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 29, 2024 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 29, 2024 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Mar. 29, 2024 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 29, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 06, 2023 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 09, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| May 07, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| May 07, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 07, 2021 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| May 07, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 07, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 07, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Feb. 13, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Feb. 13, 2014 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Feb. 13, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 30, 2014 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Feb. 13, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jan. 30, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Apr. 22, 2009 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Apr. 13, 2009 | ASSIGNED TO PARALEGAL | |
| Apr. 09, 2009 | TEAS SECTION 8 & 15 RECEIVED | |
| Jun. 04, 2008 | NOTICE OF SUIT | |
| Mar. 09, 2004 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 04, 2003 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Oct. 14, 2003 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Nov. 09, 2003 | CASE FILE IN TICRS | |
| Oct. 14, 2003 | PAPER RECEIVED | |
| May 13, 2003 | NON-FINAL ACTION MAILED | |
| May 06, 2003 | STATEMENT OF USE PROCESSING COMPLETE | |
| Feb. 14, 2003 | USE AMENDMENT FILED | |
| Feb. 14, 2003 | PAPER RECEIVED | |
| Aug. 20, 2002 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| May 28, 2002 | PUBLISHED FOR OPPOSITION | |
| May 08, 2002 | NOTICE OF PUBLICATION | |

| | |
|---|---|
| Jan. 30, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jan. 03, 2002 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jul. 18, 2001 | NON-FINAL ACTION MAILED |
| Jul. 16, 2001 | ASSIGNED TO EXAMINER |

# TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| **Current Location:** GENERIC WEB UPDATE | **Date in Location:** Mar. 29, 2024 |

# Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 1 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91300190 | **Filing Date:** | Jul 08, 2025 |
| **Status:** | Terminated | **Status Date:** | Oct 15, 2025 |
| **Interlocutory Attorney:** | REBECCA J STEMPIEN_COYLE | | |

**Defendant**

| | |
|---|---|
| **Name:** | Chen Qin |
| **Correspondent Address:** | YANG WENYAO<br>1360 VALLEY VISTA DR STE 140<br>DIAMOND BAR CA UNITED STATES , 91765 |
| **Correspondent e-mail:** | yangwenyao@concordsage.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| STITCHTOYS | | 98570736 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Disney Enterprises, Inc. |
| **Correspondent Address:** | CLINT ANDREW TAYLOR<br>KELLY IP, LLP<br>1300 19TH STREET NW, SUITE 420<br>WASHINGTON DC UNITED STATES , 20036 |
| **Correspondent e-mail:** | clint.taylor@kelly-ip.com , linda.mcleod@kelly-ip.com , larry.white@kelly-ip.com , lit-docketing@kelly-ip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| LILO AND STITCH | | 76232648 | 2802901 |
| DISNEY STITCH | | 97313084 | 7035460 |
| DISNEY STITCH | | 97313081 | 7035458 |
| DISNEY STITCH | | 97313075 | 7204796 |
| DISNEY STITCH | | 97313088 | 7035461 |
| LILO & STITCH | | 75684814 | 2845107 |
| LILO & STITCH | | 76232450 | 2811097 |
| LILO & STITCH | | 76232751 | 2821509 |
| DISNEY STITCH | | 97313098 | 7035462 |
| DISNEY STITCH | | 97313079 | 7204797 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 15, 2025 | |

| | | | |
|---|---|---|---|
| 5 | BD DECISION: OPP SUSTAINED | Oct 15, 2025 | |
| 4 | NOTICE OF DEFAULT | Aug 29, 2025 | |
| 3 | INSTITUTED | Jul 09, 2025 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 09, 2025 | Aug 18, 2025 |
| 1 | FILED AND FEE | Jul 08, 2025 | |

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**Reg. No. 2,811,097**

## United States Patent and Trademark Office

Registered Feb. 3, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# LILO & STITCH

DISNEY ENTERPRISES, INC. (DELAWARE COR-
PORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

FOR: ACTION FIGURES AND ACCESSORIES
THEREFORE; PLUSH TOYS; BALLOONS; BOARD
GAMES; DOLLS AND DOLL CLOTHING; JIGSAW
PUZZLES; PUPPETS AND TOY FIGURINES , IN
CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-21-2002; IN COMMERCE 6-21-2002.

SN 76-232,450, FILED 3-29-2001.

JACQUELINE A. LAVINE, EXAMINING ATTOR-
NEY

**Generated on:** This page was generated by TSDR on 2026-04-08 12:33:08 EDT

**Mark:** LILO & STITCH

<div align="right">LILO & STITCH</div>

| | | | |
|---|---|---|---|
| **US Serial Number:** | 76232450 | **Application Filing Date:** | Mar. 29, 2001 |
| **US Registration Number:** | 2811097 | **Registration Date:** | Feb. 03, 2004 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Mar. 27, 2024

**Publication Date:** May 14, 2002 **Notice of Allowance Date:** Aug. 06, 2002

---

# Mark Information

**Mark Literal Elements:** LILO & STITCH

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** action figures and accessories therefore; plush toys; [ balloons; ] board games; dolls [ and doll clothing; ] jigsaw puzzles; [ puppets and ] toy figurines

| | | | |
|---|---|---|---|
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jun. 21, 2002 | **Use in Commerce:** | Jun. 21, 2002 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Disney Enterprises, Inc.

**Owner Address:** IP Department - Trademark Group
500 South Buena Vista Street

Burbank, CALIFORNIA UNITED STATES 91521

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Kaydi Osowski

**Docket Number:** 13918-US

**Attorney Primary Email Address:** trademarks@disney.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Kaydi Osowski
The Walt Disney Company
500 South Buena Vista Street
IP Department - Trademark Group
Burbank, CALIFORNIA UNITED STATES 91521

**Phone:** 818-560-1000

**Fax:** 818-848-6424

**Correspondent e-mail:** trademarks@disney.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 27, 2024 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 27, 2024 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Mar. 27, 2024 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 27, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 02, 2023 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 03, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| May 07, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| May 07, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 07, 2021 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| May 07, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 07, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 07, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| May 10, 2016 | NOTICE OF SUIT | |
| May 10, 2016 | NOTICE OF SUIT | |
| Nov. 17, 2014 | NOTICE OF SUIT | |
| Oct. 03, 2014 | NOTICE OF SUIT | |
| Aug. 12, 2014 | NOTICE OF SUIT | |
| May 06, 2014 | NOTICE OF SUIT | |
| May 05, 2014 | NOTICE OF SUIT | |
| May 05, 2014 | NOTICE OF SUIT | |
| May 05, 2014 | NOTICE OF SUIT | |
| Feb. 10, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Feb. 10, 2014 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Feb. 10, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 24, 2014 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Feb. 10, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jan. 24, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Aug. 09, 2013 | NOTICE OF SUIT | |
| Jul. 25, 2013 | NOTICE OF SUIT | |
| Apr. 17, 2013 | NOTICE OF SUIT | |
| Mar. 07, 2013 | NOTICE OF SUIT | |
| Mar. 05, 2013 | NOTICE OF SUIT | |
| Feb. 27, 2013 | NOTICE OF SUIT | |

| | |
|---|---|
| Feb. 21, 2013 | NOTICE OF SUIT |
| Feb. 06, 2013 | NOTICE OF SUIT |
| Feb. 01, 2013 | NOTICE OF SUIT |
| Jan. 24, 2013 | NOTICE OF SUIT |
| Jan. 22, 2013 | NOTICE OF SUIT |
| Jan. 18, 2013 | NOTICE OF SUIT |
| Jan. 16, 2013 | NOTICE OF SUIT |
| Jan. 11, 2013 | NOTICE OF SUIT |
| Nov. 26, 2012 | NOTICE OF SUIT |
| Nov. 09, 2012 | NOTICE OF SUIT |
| Oct. 23, 2012 | NOTICE OF SUIT |
| Aug. 07, 2012 | NOTICE OF SUIT |
| Jun. 25, 2012 | NOTICE OF SUIT |
| Jun. 08, 2012 | NOTICE OF SUIT |
| May 15, 2012 | NOTICE OF SUIT |
| May 10, 2012 | NOTICE OF SUIT |
| Mar. 11, 2011 | NOTICE OF SUIT |
| Mar. 08, 2011 | NOTICE OF SUIT |
| Mar. 08, 2011 | NOTICE OF SUIT |
| Jan. 11, 2011 | NOTICE OF SUIT |
| Oct. 27, 2010 | NOTICE OF SUIT |
| Oct. 27, 2010 | NOTICE OF SUIT |
| Aug. 05, 2010 | NOTICE OF SUIT |
| Aug. 03, 2010 | NOTICE OF SUIT |
| Jun. 06, 2009 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Jun. 03, 2009 | ASSIGNED TO PARALEGAL |
| May 28, 2009 | TEAS SECTION 8 & 15 RECEIVED |
| Jun. 19, 2008 | NOTICE OF SUIT |
| Jun. 13, 2008 | NOTICE OF SUIT |
| Jun. 13, 2008 | NOTICE OF SUIT |
| May 29, 2008 | NOTICE OF SUIT |
| May 20, 2008 | NOTICE OF SUIT |
| May 19, 2008 | NOTICE OF SUIT |
| Feb. 03, 2004 | REGISTERED-PRINCIPAL REGISTER |
| Dec. 05, 2003 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED |
| Oct. 14, 2003 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 10, 2003 | CASE FILE IN TICRS |
| Oct. 14, 2003 | PAPER RECEIVED |
| Jun. 02, 2003 | NON-FINAL ACTION MAILED |
| Apr. 21, 2003 | ASSIGNED TO EXAMINER |
| Apr. 15, 2003 | STATEMENT OF USE PROCESSING COMPLETE |
| Jan. 28, 2003 | USE AMENDMENT FILED |
| Jan. 31, 2003 | PAPER RECEIVED |
| Aug. 06, 2002 | NOA MAILED - SOU REQUIRED FROM APPLICANT |
| May 14, 2002 | PUBLISHED FOR OPPOSITION |
| Apr. 24, 2002 | NOTICE OF PUBLICATION |
| Jan. 10, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jan. 07, 2002 | EXAMINERS AMENDMENT MAILED |
| Jan. 07, 2002 | PREVIOUS ALLOWANCE COUNT WITHDRAWN |
| Jan. 03, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Sep. 24, 2001 | NON-FINAL ACTION MAILED |
| Aug. 07, 2001 | ASSIGNED TO EXAMINER |
| Jul. 17, 2001 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

| TM Staff Information - None | | |
|---|---|---|
| **File Location** | | |
| **Current Location:** GENERIC WEB UPDATE | | **Date in Location:** Mar. 27, 2024 |

# Proceedings

| Summary | |
|---|---|
| **Number of Proceedings:** | 1 |

## Type of Proceeding: Opposition

| **Proceeding Number:** | 91300190 | **Filing Date:** | Jul 08, 2025 |
|---|---|---|---|
| **Status:** | Terminated | **Status Date:** | Oct 15, 2025 |
| **Interlocutory Attorney:** | REBECCA J STEMPIEN_COYLE | | |

| Defendant | |
|---|---|
| **Name:** | Chen Qin |
| **Correspondent Address:** | YANG WENYAO<br>1360 VALLEY VISTA DR STE 140<br>DIAMOND BAR CA UNITED STATES , 91765 |
| **Correspondent e-mail:** | yangwenyao@concordsage.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| STITCHTOYS | | 98570736 | |

| Plaintiff(s) | |
|---|---|
| **Name:** | Disney Enterprises, Inc. |
| **Correspondent Address:** | CLINT ANDREW TAYLOR<br>KELLY IP, LLP<br>1300 19TH STREET NW, SUITE 420<br>WASHINGTON DC UNITED STATES , 20036 |
| **Correspondent e-mail:** | clint.taylor@kelly-ip.com , linda.mcleod@kelly-ip.com , larry.white@kelly-ip.com , lit-docketing@kelly-ip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| LILO AND STITCH | | 76232648 | 2802901 |
| DISNEY STITCH | | 97313084 | 7035460 |
| DISNEY STITCH | | 97313081 | 7035458 |
| DISNEY STITCH | | 97313075 | 7204796 |
| DISNEY STITCH | | 97313088 | 7035461 |
| LILO & STITCH | | 75684814 | 2845107 |
| LILO & STITCH | | 76232450 | 2811097 |
| LILO & STITCH | | 76232751 | 2821509 |
| DISNEY STITCH | | 97313098 | 7035462 |
| DISNEY STITCH | | 97313079 | 7204797 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 15, 2025 | |
| 5 | BD DECISION: OPP SUSTAINED | Oct 15, 2025 | |
| 4 | NOTICE OF DEFAULT | Aug 29, 2025 | |
| 3 | INSTITUTED | Jul 09, 2025 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 09, 2025 | Aug 18, 2025 |
| 1 | FILED AND FEE | Jul 08, 2025 | |

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**Reg. No. 2,802,901**

## United States Patent and Trademark Office

Registered Jan. 6, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## LILO AND STITCH

DISNEY ENTERPRISES, INC. (DELAWARE COR-
PORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

FOR: APPLIQUES IN THE FORM OF DECALS;
BALL-POINT PENS; BOOKS FEATURING STORIES
FOR CHILDRENS; CALENDARS; PAPER PARTY
HATS; PAPER NAPKINS; PENS; PENCILS; STICK-
ERS; NOTEBOOKS; MEMO PADS; ERASERS; NON-

CALIBRATED RULERS, IN CLASS 16 (U.S. CLS. 2, 5,
22, 23, 29, 37, 38 AND 50).

FIRST USE 6-21-2002; IN COMMERCE 6-21-2002.

SN 76-232,648, FILED 3-29-2001.

JACQUELINE A. LAVINE, EXAMINING ATTOR-
NEY

**Generated on:** This page was generated by TSDR on 2026-04-08 12:34:01 EDT

**Mark:** LILO AND STITCH

<div align="right">LILO AND STITCH</div>

**US Serial Number:** 76232648

**Application Filing Date:** Mar. 29, 2001

**US Registration Number:** 2802901

**Registration Date:** Jan. 06, 2004

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** May 01, 2024

**Publication Date:** Dec. 24, 2002 **Notice of Allowance Date:** Mar. 18, 2003

# Mark Information

**Mark Literal Elements:** LILO AND STITCH

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** [appliques in the form of decals;] [ball-point pens;] books featuring stories for [ childrens; ] * children; * [calendars; paper party hats; paper napkins;] [ pens;] [pencils;] stickers [; notebooks;] [memo pads; erasers; non-calibrated rulers]

**International Class(es):** 016 - Primary Class

**U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

**First Use:** Jun. 21, 2002

**Use in Commerce:** Jun. 21, 2002

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** Yes

**Filed ITU:** Yes

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Disney Enterprises, Inc.

**Owner Address:** 500 South Buena Vista Street
IP Department - Trademark Group
Burbank, CALIFORNIA UNITED STATES 91521

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Kaydi Osowski | **Docket Number:** | 13914-US |
| **Attorney Primary Email Address:** | trademarks@disney.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Kaydi Osowski The Walt Disney Company 500 South Buena Vista Street IP Department - Trademark Group Burbank, CALIFORNIA United States 91521 |

| | | | |
|---|---|---|---|
| **Phone:** | 818-560-1000 | **Fax:** | 818-848-6424 |
| **Correspondent e-mail:** | trademarks@disney.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 01, 2024 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| May 01, 2024 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 81927 |
| May 01, 2024 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 81927 |
| May 01, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jan. 09, 2024 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 06, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| May 07, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| May 07, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 07, 2021 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| May 07, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 07, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 07, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Dec. 25, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 25, 2013 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Dec. 25, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Dec. 13, 2013 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Dec. 25, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 13, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 28, 2009 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jan. 13, 2009 | ASSIGNED TO PARALEGAL | |
| Jan. 07, 2009 | TEAS SECTION 8 & 15 RECEIVED | |
| Oct. 01, 2004 | CORRECTION UNDER SECTION 7 - PROCESSED | |
| Aug. 12, 2004 | SEC 7 REQUEST FILED | |
| Aug. 12, 2004 | PAPER RECEIVED | |
| Jan. 06, 2004 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 04, 2003 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Oct. 23, 2003 | ASSIGNED TO EXAMINER | |
| Oct. 22, 2003 | CASE FILE IN TICRS | |
| Oct. 09, 2003 | STATEMENT OF USE PROCESSING COMPLETE | |
| Sep. 08, 2003 | USE AMENDMENT FILED | |
| Sep. 08, 2003 | PAPER RECEIVED | |
| Mar. 18, 2003 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 24, 2002 | PUBLISHED FOR OPPOSITION | |
| Dec. 04, 2002 | NOTICE OF PUBLICATION | |

| Oct. 31, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Oct. 24, 2002 | EXAMINERS AMENDMENT MAILED |
| Oct. 18, 2002 | ASSIGNED TO EXAMINER |
| Oct. 17, 2002 | PREVIOUS ALLOWANCE COUNT WITHDRAWN |
| Jun. 26, 2002 | NOTICE OF PUBLICATION |
| Jan. 07, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jan. 03, 2002 | EXAMINERS AMENDMENT MAILED |
| Aug. 07, 2001 | NON-FINAL ACTION MAILED |
| Jul. 31, 2001 | ASSIGNED TO EXAMINER |
| Jul. 17, 2001 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| **Current Location:** GENERIC WEB UPDATE | **Date in Location:** May 01, 2024 |

## Proceedings

**Summary**

| **Number of Proceedings:** | 1 |

**Type of Proceeding: Opposition**

| **Proceeding Number:** | 91300190 | **Filing Date:** | Jul 08, 2025 |
| **Status:** | Terminated | **Status Date:** | Oct 15, 2025 |
| **Interlocutory Attorney:** | REBECCA J STEMPIEN_COYLE | | |

**Defendant**

| **Name:** | Chen Qin |
| **Correspondent Address:** | YANG WENYAO<br>1360 VALLEY VISTA DR STE 140<br>DIAMOND BAR CA UNITED STATES , 91765 |
| **Correspondent e-mail:** | yangwenyao@concordsage.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| STITCHTOYS | | 98570736 | |

**Plaintiff(s)**

| **Name:** | Disney Enterprises, Inc. |
| **Correspondent Address:** | CLINT ANDREW TAYLOR<br>KELLY IP, LLP<br>1300 19TH STREET NW, SUITE 420<br>WASHINGTON DC UNITED STATES , 20036 |
| **Correspondent e-mail:** | clint.taylor@kelly-ip.com , linda.mcleod@kelly-ip.com , larry.white@kelly-ip.com , lit-docketing@kelly-ip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| LILO AND STITCH | | 76232648 | 2802901 |
| DISNEY STITCH | | 97313084 | 7035460 |
| DISNEY STITCH | | 97313081 | 7035458 |
| DISNEY STITCH | | 97313075 | 7204796 |
| DISNEY STITCH | | 97313088 | 7035461 |
| LILO & STITCH | | 75684814 | 2845107 |
| LILO & STITCH | | 76232450 | 2811097 |

| | | | |
|---|---|---|---|
| LILO & STITCH | | 76232751 | 2821509 |
| DISNEY STITCH | | 97313098 | 7035462 |
| DISNEY STITCH | | 97313079 | 7204797 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 15, 2025 | |
| 5 | BD DECISION: OPP SUSTAINED | Oct 15, 2025 | |
| 4 | NOTICE OF DEFAULT | Aug 29, 2025 | |
| 3 | INSTITUTED | Jul 09, 2025 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 09, 2025 | Aug 18, 2025 |
| 1 | FILED AND FEE | Jul 08, 2025 | |

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

Reg. No. 1,162,727
Registered Jul. 28, 1981

## TRADEMARK
### Principal Register

# DISNEY

Walt Disney Productions (California corporation)
500 S. Buena Vista St.
Burbank, Calif. 91521

For: CHILDREN'S STORY BOOKS AND A NEWSPAPER, in CLASS 16 (U.S. Cl. 38).
First use 1974; in commerce 1974.
Owner of U.S. Reg. Nos. 664,435, 1,091,425 and others.

Ser. No. 239,204, filed Nov. 15, 1979.

J. H. WEBB, Primary Examiner

JOSEPH DIAMANTE, Examiner

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,088,198**

## United States Patent and Trademark Office

Registered May 2, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## DISNEY

DISNEY ENTERPRISES, INC. (DELAWARE COR-
   PORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

   FOR: INFANT WEAR; JACKETS; PAJAMAS;
PANTS; SWEAT PANTS; SWEAT SHIRTS; SHIRTS;
SLEEPERS; SOCKS; T-SHIRTS AND NIGHT SHIRTS,
IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-2004; IN COMMERCE 5-0-2004.

SN 76-978,031, FILED 6-26-2002.

MICHAEL ENGEL, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**Reg. No. 3,235,413**

**United States Patent and Trademark Office**     Registered Apr. 24, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## DISNEY

DISNEY ENTERPRISES, INC. (DELAWARE COR-PORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

FOR: PRE-RECORDED COMPACT DISCS FEATURING MUSIC, STORIES AND GAMES FOR CHILDREN; PRE-RECORDED DIGITAL VIDEO DISCS AND VIDEO CASSETTES FEATURING ANIMATED CHILDREN'S ADVENTURE AND COMEDY MOVIES AND MUSIC; COMPUTER GAME PROGRAMS; MOTION PICTURE FILMS IN THE FIELD OF ANIMATED CHILDREN'S COMEDY AND ADVENTURE, LIVE-ACTION COMEDY, DRAMA AND TV SHOWS; DIGITAL AUDIO PLAYERS; DIGITAL CAMERAS; TV AND DVD COMBINA-TION MACHINES; DVD PLAYERS AND TELEVISION SETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-0-1980; IN COMMERCE 10-0-1980.

OWNER OF U.S. REG. NOS. 1,838,246, 2,832,514, AND OTHERS.

SEC. 2(F).

SN 78-978,086, FILED 9-12-2002.

KELLY BOULTON, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 3,328,006

## United States Patent and Trademark Office

Registered Oct. 30, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## DISNEY

DISNEY ENTERPRISES, INC. (DELAWARE COR-
PORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

FOR: ADDRESS BOOKS; APPLIQUES IN THE
FORM OF DECALS; ARTS AND CRAFT PAINT
KITS; BALL-POINT PENS; BOOKMARKS; PERIOD-
ICALS AND MAGAZINES ALL FEATURING STOR-
IES, GAMES AND ACTIVITIES FOR CHILDREN;
PAPER GIFT WRAP BOWS; CALENDARS; GREET-
ING CARDS; DECORATIVE PAPER CENTERPIE-
CES; CHALK; PAPER TABLE CLOTHS; PAPER
PARTY DECORATIONS; DIARIES; GIFT WRAP-
PING PAPER; PENS; PENCILS; STICKERS; NOTE-
BOOKS; MEMO PADS; ERASERS; PENCIL

SHARPENERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23,
29, 37, 38 AND 50).

FIRST USE 12-0-2003; IN COMMERCE 12-0-2003.

OWNER OF U.S. REG. NOS. 1,838,246, 2,832,514,
AND OTHERS.

SEC. 2(F).

SN 78-978,939, FILED 9-12-2002.

KELLY BOULTON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**Reg. No. 3,328,009**

## United States Patent and Trademark Office

Registered Oct. 30, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## DISNEY

DISNEY ENTERPRISES, INC. (DELAWARE COR-
PORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

FOR: EYEGLASSES, SUNGLASSES, DIGITAL
CELLULAR PHONES AND STILL 35 MM CAM-
ERAS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-2006; IN COMMERCE 9-1-2006.

OWNER OF U.S. REG. NOS. 1,838,246, 2,832,514,
AND OTHERS.

SEC. 2(F).

SN 78-978,948, FILED 9-12-2002.

KELLY BOULTON, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,340,426**

## United States Patent and Trademark Office

Registered Nov. 20, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## DISNEY

DISNEY ENTERPRISES, INC. (DELAWARE COR-
 PORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

 FOR: BATHING SUITS; BEACH WEAR; BELTS;
CLOTH BIBS FOR INFANTS; UNDERWEAR; HAL-
LOWEEN COSTUMES; MASQUERADE COSTUMES;
DRESSES; HATS; CAPS; HOSIERY; MITTENS;
SHOES; SHORTS; TANK TOPS; TIGHTS; VESTS;

SCARVES; ROBES; NIGHT GOWNS; HEAD BANDS;
SKIRTS; COATS; SLIPPERS; BOOTS; SANDALS;
RAINWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

 FIRST USE 7-20-2007; IN COMMERCE 7-20-2007.

 SN 76-425,878, FILED 6-26-2002.

MICHAEL ENGEL, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**Reg. No. 3,432,510**

## United States Patent and Trademark Office

Registered May 20, 2008

## TRADEMARK
### PRINCIPAL REGISTER

## DISNEY

DISNEY ENTERPRISES, INC. (DELAWARE COR-PORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

FOR: ACTION FIGURES AND ACCESSORIES; ACTION SKILL GAMES; PLUSH TOYS; BALLOONS; BATH TOYS; CHRISTMAS TREE ORNAMENTS; BOARD GAMES; TOY BUILDING BLOCKS; PLAY-ING CARDS; DOLLS AND DOLL CLOTHING; DOLL PLAYSETS; CRIB TOYS; MANIPULATIVE GAMES; JIGSAW PUZZLES; KITES; MUSIC BOX TOYS; PARTY FAVORS IN THE NATURE OF SMALL TOYS; INFLATABLE POOL TOYS; DISC-TYPE TOSS TOYS; TOY VEHICLES; MODEL TOY CARS; HAND-HELD UNIT FOR PLAYING ELECTRONIC GAMES; MUSICAL TOYS; MODELED PLASTIC TOY FIGUR-INES; TOY BANKS; PUPPETS; YO-YOS; TOY SCOO-TERS; TALKING TOYS; BUBBLE MAKING WANDS AND SOLUTION SETS; MODEL TOY TRUCKS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-1-2008; IN COMMERCE 2-1-2008.

OWNER OF U.S. REG. NOS. 1,037,788, 2,156,261, AND 2,531,368.

SEC. 2(F).

SN 78-163,600, FILED 9-12-2002.

GINA HAYES, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**Reg. No. 3,490,082**

## United States Patent and Trademark Office

Registered Aug. 19, 2008

## TRADEMARK
### PRINCIPAL REGISTER

## DISNEY

DISNEY ENTERPRISES, INC. (DELAWARE COR-
  PORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

   FOR: PHOTOGRAPH ALBUMS; APPOINTMENT
BOOKS; AUTOGRAPH BOOKS; BABY BOOKS; PA-
PER PARTY BAGS; BINDERS; BOOKENDS; BOOKS
FEATURING STORIES, GAMES AND ACTIVITIES
FOR CHILDREN; GIFT CARDS; CARTOON
PRINTS; PEN AND PENCIL CASES; CHILDREN'S
ACTIVITY BOOKS; MODELING CLAY; COLORING
BOOKS; COMIC BOOKS; PAPER PARTY HATS;
PAPER NAPKINS; STATIONERY; POSTERS; STA-
PLERS; WRITING PAPER; ENVELOPES; POST-

CARDS; TRADING CARDS, IN CLASS 16 (U.S. CLS.
2, 5, 22, 23, 29, 37, 38 AND 50).

   FIRST USE 7-1-2007; IN COMMERCE 7-1-2007.

   OWNER OF U.S. REG. NOS. 1,838,246, 2,832,514,
AND OTHERS.

   SEC. 2(F).

   SN 78-163,606, FILED 9-12-2002.

KELLY BOULTON, EXAMINING ATTORNEY



# United States of America
### United States Patent and Trademark Office

# DISNEY

**Reg. No. 4,042,815**

**Registered Oct. 18, 2011**

**Int. Cls.: 3 and 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

DISNEY ENTERPRISES, INC. (DELAWARE CORPORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

FOR: NON-MEDICATED TOILETRIES, COSMETICS, DENTIFRICES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 10-31-2007; IN COMMERCE 10-31-2007.

FOR: JEWELRY, WATCHES, CLOCKS, JEWELRY BOXES NOT MADE OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-1-2007; IN COMMERCE 12-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

OWNER OF U.S. REG. NOS. 1,162,727, 3,328,009, AND OTHERS.

SN 77-982,351, FILED 2-2-2007.

ELISSA GARBER KON, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# DISNEY

**Reg. No. 4,063,531**
**Registered Nov. 29, 2011**
**Int. Cls.: 18, 20, 21, and 24**

**TRADEMARK**

**PRINCIPAL REGISTER**



Director of the United States Patent and Trademark Office

DISNEY ENTERPRISES, INC. (DELAWARE CORPORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

FOR: ARTICLES MADE FROM IMITATIONS OF LEATHER, NAMELY, LUGGAGE AND LUGGAGE TAGS; BAGS, NAMELY, BACKPACKS, BOOK BAGS, DUFFEL BAGS, AND OVERNIGHT BAGS; SHOPPING BAGS OF TEXTILE; TOTE BAGS; PURSES; HANDBAGS; WALLETS; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-31-2007; IN COMMERCE 12-31-2007.

FOR: PICTURE FRAMES; MIRRORS; PILLOWS; FURNITURE; WIND CHIMES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-31-2007; IN COMMERCE 12-31-2007.

FOR: HOUSEWARES, NAMELY, BOWLS, CAKE PANS, CAKE MOLDS, COOKIE CUTTERS, CUPS, DECORATIVE PLATES, DISHES, FIGURINES MADE OF CERAMICS OR PORCELAIN, MUGS, PLATES, SPORTS BOTTLES SOLD EMPTY, TEA KETTLES, AND THERMAL INSU-LATED CONTAINERS FOR FOOD OR BEVERAGE; DINNERWARE; BEVERAGEWARE; PLASTIC CUPS; COOKIE JARS; PAPER PLATES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11-4-2008; IN COMMERCE 11-4-2008.

FOR: BATH TOWELS; BED SHEETS; BED SKIRTS; BLANKET THROWS; COMFORTERS; CRIB BUMPERS; CURTAINS; FABRIC FLAGS; GOLF TOWELS; HOODED TOWELS; KIT-CHEN TOWELS; OVEN MITTS; PILLOW CASES; PILLOW COVERS; POT HOLDERS; RE-CEIVING BLANKETS; THROWS; TOWELS; WASHCLOTHS; BED LINEN; BATH LINEN; HOUSEHOLD LINEN, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 12-31-2007; IN COMMERCE 12-31-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

**Reg. No. 4,063,531** OWNER OF U.S. REG. NOS. 1,162,727, 3,328,009, AND OTHERS.

SN 77-098,343, FILED 2-2-2007.

ELISSA GARBER KON, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# DISNEY

**Reg. No. 4,208,634**
**Registered Sep. 18, 2012**

**Int. Cl.: 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

DISNEY ENTERPRISES, INC. (DELAWARE CORPORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

FOR: HAIR ACCESSORIES, NAMELY, BARRETTES; SHOE LACES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 1-0-2010; IN COMMERCE 1-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,242,910, 3,758,198 AND OTHERS.

SEC. 2(F).

SER. NO. 85-338,047, FILED 6-3-2011.

HEATHER BIDDULPH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# DISNEY

**Reg. No. 7,122,867**

**Registered Jul. 25, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Disney Enterprises, Inc. (DELAWARE CORPORATION)
500 South Buena Vista Street
Burbank, CALIFORNIA 91521

CLASS 25: Wedding dresses; wedding gowns; dresses; sleepwear; loungewear; tops as clothing; jackets; sweatshirts; sweaters; bottoms as clothing; swimwear; underwear; Veils

FIRST USE 4-12-2023; IN COMMERCE 4-12-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-139,654, FILED 11-23-2021

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.