**Disney Enterprises, Inc. v. Macho Baby I – Case No. 26-cv-08197**

**Schedule A**

| No. | Seller Alias | Infringement Type | URL |
|---|---|---|---|
| 1 | Macho Baby I | Trademark and Copyright | https://us.shein.com/store/home?store_code=8327715485 |